# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Alibek Islamov

**Plaintiff,**

**V.**

See Attachment

**Defendant.**

**Civil Action No.** 26-cv-4219-LL-MSB

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Petitioner's Petition for Writ of Habeas Corpus is GRANTED. Petitioner's request for attorney's fees and costs under the Equal Access to Justice Act is DENIED WITHOUT PREJUDICE. This case is hereby closed.

**Date:** 9/10/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-4219-LL-MSB

Respondents:

Christopher LaRose,
warden of Otay Mesa Detention Center;

Patrick Divver,
San Diego Field Office Director, Immigration and Customs Enforcement and Removal Operations (ICE/ERO);

Todd Lyons,
Acting Director of Immigration Customs Enforcement (ICE);

Markwayne Mullin,
Secretary of the Department of Homeland Security (DHS);

Acting Attorney General of the United States;

U.S. Department of Homeland Security;

U.S. Immigration and Custom Enforcement